```
BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
Assistant United States Attorney
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3045
     Facsimile: (213) 894-6269
     E-mail:   samuel.diaz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

**FILED**
CLERK, U.S. DISTRICT COURT
07/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:25-CR-00595-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF SAMUEL J. DIAZ |
| v. | |
| YEVGENI GERSHMAN, et al., | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Samuel J. Diaz.

Dated: July 15, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Samuel José Diaz*
SAMUEL J. DIAZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

|    |                                                          |
|----|----------------------------------------------------------|
| 1  | **DECLARATION OF SAMUEL J. DIAZ**                        |
| 2  | I, Samuel J. Diaz, declare as follows:                   |
| 3  | 1.   I am an Assistant United States Attorney in the United |
| 4  | States Attorney's Office for the Central District of California. I |
| 5  | represent the government in the prosecution of <u>United States v.</u> |
| 6  | <u>Gershman, et al.</u>, the indictment in which is being presented to a |
| 7  | federal grand jury in the Central District of California on July 15, |
| 8  | 2025.                                                    |
| 9  | 2.   The defendants charged in the above-captioned indictment |
| 10 | have not been taken into custody on the charges contained in the |
| 11 | indictment and have not been informed that they are being named as |
| 12 | defendants in the indictment to be presented to the grand jury on |
| 13 | July 15, 2025.  The likelihood of apprehending defendants might be |
| 14 | jeopardized if the indictment in this case were made publicly |
| 15 | available before defendants are taken into custody on the indictment. |
| 16 | 3.   Accordingly, the government requests that the indictment |
| 17 | and sealed documents in this case (except the arrest warrants) be |
| 18 | sealed and remain so until one of the defendants is taken into |
| 19 | custody on the charges contained in the indictment and the government |
| 20 | files a "Report Commencing Criminal Action" in this matter. |
| 21 | 4.   I declare under penalty of perjury under the laws of the |
| 22 | United States of America that the foregoing is true and correct and |
| 23 | that this declaration is executed at Los Angeles, California, on July |
| 24 | 15, 2025.                                                |
| 25 |                                                          |
| 26 |                                                          |
| 27 | *[signature]* <br> SAMUEL J. DIAZ                        |
| 28 |                                                          |

1