NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Samuel J. Diaz (Cal. Bar No. 304503)
Assistant United States Attorney
312 N. Spring St.
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

ALLAN AUSTRIA,

DEFENDANT.

CASE NUMBER

25-595-MCS-3

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING**

Application is made by ☒ plaintiff ☐ defendant United States of America
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☒ Magistrate Judge Jacqueline Chooljian _____ by order dated: 7/30/2025

☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☒ ordering release upon certain conditions, or
☐ denying detention.

☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

☒ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
A finding that defendant be remanded to custody

Counsel for the defendant and plaintiff United States Government consulted on 7/30/25 via email
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☐ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on _____.

An interpreter is ☐ required ☒ not required. Language _____
Defendant is ☒ in custody ☐ not in custody.

7/30/2025
Date

United States of America
Moving Party

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)