```
Exhibit E
```

| Name | DOB | Document | Site (Lane) | Dir | Conveyance | Status | Links | COA | Package ID | Rule/Info Hits | Encounter Date | Encounter Time (ET) | Encounter Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUSTRIA, Allan | | P 667347896 (USA) | A273 | Inbound | VB 146 (MEX > LAX) | OBD | --- | --- | --- | --- | 03/23/2025 | 02:06 | (Sun) |
| AUSTRIA, Allan | | --- | --- | Outbound | AM 649 (LAX > MEX) | NBD | --- | --- | --- | --- | 03/20/2025 | 08:01 | (Thu) |
| AUSTRIA, Allan Guzman | | P 667347896 (USA) | --- | Outbound | AM 649 (LAX > MEX) | OBD | --- | --- | --- | --- | 03/20/2025 | 08:01 | (Thu) |
| AUSTRIA, Allan | | --- | --- | Outbound | AM 649 (LAX > MEX) | OBD | --- | --- | --- | --- | 03/20/2025 | 08:01 | (Thu) |
| AUSTRIA, Allan | | --- | --- | Outbound | AM 649 (LAX > MEX) | NBD | --- | --- | --- | --- | 03/20/2025 | 08:01 | (Thu) |
| AUSTRIA, Allan Guzman | | P 667347896 (USA) | L25C | Inbound | Pedestrian | Admit | --- | USC | 7294633513 | --- | 01/31/2025 | 02:29 | (Fri) |
| AUSTRIA, Allan Guzman | | P 667347896 (USA) | L25C | Inbound | Pedestrian | Admit | --- | USC | 7158046613 | --- | 10/24/2024 | 23:52 | (Thu) |
| AUSTRIA, Allan | | P 667347896 (USA) | L255 (29A) | Inbound | 8ZKU476 CA | Admit | photo_camera | USC | 1549395294 | --- | 02/19/2023 | 17:43 | (Sun) |
| AUSTRIA, Allan | | --- | L25C | Inbound | Pedestrian | Admit | --- | USC | 5000160313 | --- | 05/25/2022 | 20:16 | (Wed) |
| AUSTRIA, Allan | | DL F1554528 (USA) | L25C | Inbound | Pedestrian | Admit | --- | USC | 4924786323 | --- | 03/23/2022 | 16:42 | (Wed) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | AA 2546 (MEX > LAX) | OBD | --- | --- | --- | --- | 02/13/2021 | 22:29 | (Sat) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | AA 2547 (LAX > MEX) | OBD | --- | --- | --- | --- | 02/10/2021 | 10:00 | (Wed) |
| AUSTRIA, Allan Austria | | P 479522862 (USA) | A520 | Inbound | AA 920 (CLO > MIA) | OBD | --- | --- | --- | --- | 12/21/2020 | 19:58 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | DL 981 (ATL > BOG) | OBD | --- | --- | --- | --- | 12/13/2020 | 15:05 | (Sun) |
| AUSTRIA, Allan G | | P 479522862 (USA) | A520 | Inbound | AA 1128 (MDE > MIA) | OBD | --- | --- | --- | --- | 11/19/2020 | 19:59 | (Thu) |
| AUSTRIA, Allan | | --- | --- | Inbound | AA 1128 (MDE > MIA) | NBD | --- | --- | --- | --- | 11/19/2020 | 19:25 | (Thu) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | VH 353 (MIA > MDE) | NBD | --- | --- | --- | --- | 10/28/2020 | 20:49 | (Wed) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | VH 353 (MIA > MDE) | OBD | --- | --- | --- | --- | 10/26/2020 | 20:49 | (Mon) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | VH 353 (MIA > MDE) | NBD | --- | --- | --- | --- | 10/25/2020 | 20:49 | (Sun) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 07/13/2020 | 12:31 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 03/27/2020 | 22:11 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 01/27/2020 | 04:40 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A471 | Inbound | DL 469 (TLV > JFK) | OBD | --- | --- | --- | --- | 12/23/2019 | 04:46 | (Mon) |
| AUSTRIA, Allan | | P 479522862 (USA) | A381 | Outbound | DL 18 (DTW > LHR) | OBD | --- | --- | --- | --- | 12/16/2019 | 22:02 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 09/16/2019 | 01:08 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L255 (18A) | Inbound | 8J0L627 CA | Admit | photo_camera | --- | 10164226240 | --- | 09/01/2019 | 21:50 | (Sun) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | CM 360 (PTY > LAX) | OBD | --- | --- | --- | --- | 08/05/2019 | 15:41 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Inbound | CM 360 (PTY > LAX) | NBD | --- | --- | --- | --- | 08/02/2019 | 12:45 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | CM 362 (LAX > PTY) | OBD | --- | --- | --- | --- | 07/29/2019 | 22:00 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | NZ 1 (LHR > LAX) | OBD | --- | --- | --- | --- | 05/31/2019 | 22:44 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | NZ 2 (LAX > LHR) | OBD | --- | --- | --- | --- | 05/27/2019 | 17:15 | (Mon) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L255 (22A) | Inbound | 8HMM972 CA | Admit | photo_camera | --- | 9685596280 | --- | 04/19/2019 | 23:56 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 03/19/2019 | 02:29 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 03/16/2019 | 14:14 | (Sat) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | AV 86 (BOG > LAX) | OBD | --- | --- | --- | --- | 03/09/2019 | 20:49 | (Sat) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | AV 523 (LAX > SAL) | OBD | --- | --- | --- | --- | 03/02/2019 | 12:37 | (Sat) |
| AUSTRIA, Allan | | --- | --- | Outbound | AV 89 (LAX > BOG) | NBD | --- | --- | --- | --- | 03/01/2019 | 19:10 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 01/18/2019 | 01:31 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 12/13/2018 | 01:23 | (Thu) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | L25D | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 11/09/2018 | 01:56 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | DL 1392 (GUA > LAX) | OBD | --- | --- | --- | --- | 06/05/2018 | 00:29 | (Tue) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | DL 1393 (LAX > GUA) | OBD | --- | --- | --- | --- | 05/31/2018 | 23:55 | (Thu) |
| AUSTRIA, Allan | | P 479522862 (USA) | A273 | Inbound | AA 237 (SJD > LAX) | OBD | --- | --- | --- | --- | 02/26/2018 | 17:55 | (Mon) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | AA 237 (LAX > SJD) | OBD | --- | --- | --- | --- | 02/23/2018 | 08:30 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (ISR) | --- | Outbound | LY 6 (LAX > TLV) | NBD | --- | --- | --- | --- | 09/28/2017 | 09:45 | (Thu) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | LY 5 (TLV > LAX) | OBD | --- | --- | --- | --- | 08/23/2017 | 13:04 | (Wed) |
| AUSTRIA, Allan Guzman | | --- | --- | Inbound | LY 5 (TLV > LAX) | REQ | --- | --- | --- | --- | 08/09/2017 | 06:26 | (Wed) |
| AUSTRIA, Allan Guzman | | P 479522862 (ISR) | --- | Outbound | LY 6 (LAX > TLV) | REQ | --- | --- | --- | --- | 07/30/2017 | 14:39 | (Sun) |
| AUSTRIA, Allan Guzman | | P 479522862 (ISR) | --- | Outbound | LY 6 (LAX > TLV) | REQ | --- | --- | --- | --- | 07/27/2017 | 14:39 | (Thu) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | AF 69 (LAX > CDG) | REQ | --- | --- | --- | --- | 07/27/2017 | 14:00 | (Thu) |
| AUSTRIA, Allanguzman | | --- | --- | Outbound | SU 107 (LAX > SVO) | REQ | --- | --- | --- | --- | 07/27/2017 | 02:29 | (Thu) |
| AUSTRIA, Allan | | P 479522862 (USA) | A557 | Inbound | AA 37 (MAD > DFW) | OBD | --- | --- | --- | --- | 11/21/2016 | 17:17 | (Mon) |
| AUSTRIA, Allanguzman | | --- | --- | Outbound | AA 108 (LAX > LHR) | REQ | --- | --- | --- | --- | 11/13/2016 | 06:25 | (Sun) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | BA 268 (LAX > LHR) | REQ | --- | --- | --- | --- | 11/13/2016 | 00:33 | (Sun) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | AF 76 (CDG > LAX) | OBD | --- | --- | --- | --- | 10/19/2016 | 00:56 | (Wed) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Inbound | AF 76 (CDG > LAX) | REQ | --- | --- | --- | --- | 10/18/2016 | 10:42 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | AF 77 (LAX > CDG) | REQ | --- | --- | --- | --- | 10/12/2016 | 14:34 | (Wed) |
| AUSTRIA, Allan | | P 479522862 (USA) | A273 | Inbound | SU 106 (SVO > LAX) | OBD | --- | --- | --- | --- | 09/28/2016 | 18:46 | (Wed) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | SU 107 (LAX > SVO) | REQ | --- | --- | --- | --- | 09/20/2016 | 02:29 | (Tue) |
| AUSTRIA, Allan G | | --- | --- | Outbound | AA 754 (PHL > CDG) | REQ | --- | --- | --- | --- | 09/09/2016 | 07:55 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A103 | Inbound | UA 1518 (PUJ > EWR) | OBD | --- | --- | --- | --- | 08/16/2016 | 19:06 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | UA 1661 (IAD > PUJ) | REQ | --- | --- | --- | --- | 08/11/2016 | 21:46 | (Thu) |
| AUSTRIA, Allan | | --- | --- | Inbound | UA 889 (PEK > SFO) | REQ | --- | --- | --- | --- | 08/02/2016 | 21:00 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A542 | Inbound | UA 808 (PEK > IAD) | OBD | --- | --- | --- | --- | 08/02/2016 | 19:48 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | UA 888 (SFO > PEK) | REQ | --- | --- | --- | --- | 07/26/2016 | 15:30 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | CX 880 (HKG > LAX) | OBD | --- | --- | --- | --- | 04/19/2016 | 00:46 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | CX 897 (LAX > HKG) | REQ | --- | --- | --- | --- | 04/10/2016 | 13:11 | (Sun) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | LX 40 (ZRH > LAX) | OBD | --- | --- | --- | --- | 03/10/2016 | 20:07 | (Thu) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | LH 453 (LAX > MUC) | REQ | --- | --- | --- | --- | 03/01/2016 | 19:52 | (Tue) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | MU 577 (PVG > LAX) | OBD | --- | --- | --- | --- | 12/11/2015 | 19:12 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Inbound | AF 66 (CDG > LAX) | REQ | --- | --- | --- | --- | 12/09/2015 | 13:25 | (Wed) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | AF 65 (LAX > CDG) | REQ | --- | --- | --- | --- | 12/03/2015 | 19:59 | (Thu) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | AF 66 (CDG > LAX) | OBD | --- | --- | --- | --- | 09/23/2015 | 16:20 | (Wed) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | AF 77 (LAX > CDG) | REQ | --- | --- | --- | --- | 09/16/2015 | 14:34 | (Wed) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | NH 6 (NRT > LAX) | OBD | --- | --- | --- | --- | 02/06/2015 | 12:58 | (Fri) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | --- | Outbound | NH 5 (LAX > NRT) | REQ | --- | --- | --- | --- | 01/26/2015 | 16:05 | (Mon) |
| AUSTRIA, Allan | | P 479522862 (USA) | --- | Outbound | 2V 63 (NYP > TWO) | PAX | --- | --- | --- | --- | 08/07/2011 | 08:33 | (Sun) |
| AUSTRIA, Allan Guzman | | P 479522862 (USA) | A273 | Inbound | PR 102 (MNL > LAX) | OBD | --- | --- | --- | --- | 05/03/2011 | 23:13 | (Tue) |
| AUSTRIA, Allan G | | P 479522862 (USA) | --- | Outbound | PR 103 (HNL > MNL) | REQ | --- | --- | --- | --- | 04/14/2011 | 04:48 | (Thu) |
| AUSTRIA, Allan G | | P 479522862 (USA) | --- | Outbound | PR 103 (HNL > MNL) | REQ | --- | --- | --- | --- | 04/13/2011 | 04:48 | (Wed) |
| AUSTRIA, Allan | | P 036095756 (USA) | --- | Inbound | --- | --- | --- | --- | --- | --- | 03/20/1997 | 21:27 | (Thu) |