# Exhibit F



From: 34420 (owner)
To: 96801 Aleka Car Uce
To: chuck82388@gmail.com (owner)

I'm in OC rn uce

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 96801 Aleka C | 9/8/2021 1:31:39 AM(UTC-7) | | |
| chuck82388@gmail.com | | | |

Status: Sent

9/8/2021 1:31:39 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30DFB78 (Table: message, chat, handle; Size: 149614592 bytes)



From: 96801 Aleka Car Uce
To: 34420 (owner)
To: chuck82388@gmail.com (owner)

I'm about to shut a game down over here

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 34420 | | 9/8/2021 1:32:22 AM(UTC-7) | |
| chuck82388@gmail.com | | | |

Status: Read

9/8/2021 1:32:08 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30DF944 (Table: message, handle, chat; Size: 149614592 bytes)



From: 96801 Aleka Car Uce
To: 34420 (owner)
To: cn 388@gmail.com (owner)

I was standing behind kobi this foo like can you sit down. Lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 34420 | | 9/8/2021 1:32:32 AM(UTC-7) | |
| chuck82388@gmail.com | | | |

Status: Read

9/8/2021 1:32:31 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30DF711 (Table: message, handle, chat; Size: 149614592 bytes)

From: ▮▮34420 (owner)
To: +▮▮▮96801 Aleka Car Uce
To: ch▮▮388@gmail.com ▮▮▮ (owner)

### Wya uce

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮96801 Aleka C▮ | 9/8/2021 1:32:34 AM(UTC-7) | | |
| chuck82388@gmail.com ▮▮▮ | | | |

**Status:** Sent

9/8/2021 1:32:33 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30DF4BF (Table: message, chat, handle; Size: 149614592 bytes)



From: ▮▮27534420 (owner)
To: +▮▮▮96801 Aleka Car Uce
To: chuck82388@gmail.com ▮▮▮ (owner)

### WTH for real

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮96801 Aleka Car Uce | 9/8/2021 1:32:48 AM(UTC-7) | | |
| ▮▮@gmail.com | | | |

**Status:** Sent

9/8/2021 1:32:48 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30DF2AB (Table: message, chat, handle; Size: 149614592 bytes)



From: +▮▮34420 (owner)
To: +▮▮801 Aleka Car Uce
To: chuck82388@gmail.com ▮▮▮ (owner)

### Wya address??

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮96801 Aleka Car Uce | 9/8/2021 1:32:52 AM(UTC-7) | | |
| chuck82388@gmail.com ▮▮ | | | |

**Status:** Sent

9/8/2021 1:32:52 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E0F8D (Table: message, chat, handle; Size: 149614592 bytes)



From: +[redacted]96801 Aleka Car Uce
To: +[redacted]34420 (owner)
To: ch[redacted]388@gmail.com [redacted] (owner)

**I told kobi I'm gonna sit down before I bring my people here**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]34420 | | 9/8/2021 1:33:09 AM(UTC-7) | |
| chuck82388@gmail.com [redacted] | | | |

**Status: Read**

9/8/2021 1:32:55 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E0D65 (Table: message, handle, chat; Size: 149614592 bytes)



From: +[redacted]34420 (owner)
To: +[redacted]96801 Aleka Car [redacted]
To: chuck82388@gmail.com [redacted] (owner)

**What game is that uce??**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted]96801 Aleka Car Uce | 9/8/2021 1:33:23 AM(UTC-7) | | |
| chuck82388@gmail.com [redacted] | | | |

**Status: Sent**

9/8/2021 1:33:23 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E0B11 (Table: message, chat, handle; Size: 149614592 bytes)



From: + [redacted] 96801 Aleka Car Uce
To: + [redacted] 34420 (owner)
To: cn [redacted] 388@gmail.com [redacted] (owner)

https://maps.apple.com/?address=4850%20Andasol%20Ave,%20Encino,%20CA%20%209 1316,%20United%20States&ll=34.158745,-118.511658&q=My%20Location&_ext=EiYpWuz2SrsTQUAxNq9lqxqhXcA52MEcp+EUQUB B2vQ2zmigXcBQAw%3D%3D&t=m

**Attachments:**

Title: ED90BF35-355E-44CF-8981-2BAE8755A180.pluginPayloadAttachment
Size: 10920
File name: ~/Library/SMS/Attachments/31/01/2AD80936-02F5-470C-ABFC-B675045F6ACD/ED90BF35-355E-44CF-8981-2BAE8755A180.pluginPayloadAttachment
~/Library/SMS/Attachments/31/01/2AD80936-02F5-470C-ABFC-B675045F6ACD/ED90BF35-355E-44CF-8981-2BAE8755A180.pluginPayloadAttachment

Title: 8B00C3A7-0D62-4683-B46E-A70235B0C273.pluginPayloadAttachment
Size: 10920
File name: ~/Library/SMS/Attachments/63/03/C04D22B4-0775-4FED-946B-324DFB56ACDC/8B00C3A7-0D62-4683-B46E-A70235B0C273.pluginPayloadAttachment
~/Library/SMS/Attachments/63/03/C04D22B4-0775-4FED-946B-324DFB56ACDC/8B00C3A7-0D62-4683-B46E-A70235B0C273.pluginPayloadAttachment

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] 34420 | | 9/8/2021 1:33:45 AM(UTC-7) | |
| chuck82388@gmail.com [redacted] | | | |

**Status:** Read

9/8/2021 1:33:40 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E19A6 (Table: message, handle, attachment, chat; Size: 149614592 bytes)
iPhone/mobile/Library/SMS/Attachments/31/01/2AD80936-02F5-470C-ABFC-B675045F6ACD/ED90BF35-355E-44CF-8981-2BAE8755A180.pluginPayloadAttachment :  (Size: 10920 bytes)



From: + [redacted] 34420 (owner)
To: + [redacted] 96801 Aleka Car [redacted]
To: chuck82388@gmail.com [redacted] (owner)

Your 1 hour from me uce

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + [redacted] 96801 Aleka Car Uce | 9/8/2021 1:34:01 AM(UTC-7) | | |
| chuck82388@gmail.com [redacted] | | | |

**Status:** Sent

9/8/2021 1:34:01 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E2F8D (Table: message, chat, handle; Size: 149614592 bytes)



From: +_____96801 Aleka Car Uce
To: +_____34420 (owner)
To: cn_____388@gmail.com _____ (owner)

**It's a game that I didn't know about**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____34420 | | 9/8/2021 1:34:05 AM(UTC-7) | |
| chuck82388@gmail.com | | | |

**Status:** Read

9/8/2021 1:34:04 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E2D4F (Table: message, handle, chat; Size: 149614592 bytes)



From: +_____34420 (owner)
To: +_____96801 Aleka Car...
To: chuck82388@gmail.com _____ (owner)

**What u want to do**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____96801 Aleka Car Uce | 9/8/2021 1:34:06 AM(UTC-7) | | |
| chuck82388@gmail.com | | | |

**Status:** Sent

9/8/2021 1:34:06 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E2B28 (Table: message, chat, handle; Size: 149614592 bytes)

From: +_____34420 (owner)
To: +_____96801 Aleka Car Uce
To: cn_____388@gmail.com _____ (owner)

**WTH for real**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +_____96801 Aleka C_ | 9/8/2021 1:34:17 AM(UTC-7) | | |
| chuck82388@gmail.com | | | |

**Status:** Sent

9/8/2021 1:34:17 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E2902 (Table: message, chat, handle; Size: 149614592 bytes)



From: ████ 96801 Aleka Car Uce
To: +████ 34420 (owner)
To: cn ████ 388@gmail.com ████ (owner)

I know it's kobi friend. But was gonna let him know we gonna collect

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 34420 | | 9/8/2021 1:34:50 AM(UTC-7) | |
| chuck82388@gmail.com ████ | | | |

Status: Read

9/8/2021 1:34:44 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E26DA (Table: message, handle, chat; Size: 149614592 bytes)



From: +████ 96801 Aleka Car Uce
To: +████ 34420 (owner)
To: chuck82388@gmail.com ████ (owner)

Fuck these fool Uce.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 34420 | | 9/8/2021 1:35:13 AM(UTC -7) | |
| chuck82388@gmail.com ████ | | | |

Status: Read

9/8/2021 1:35:13 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E246C (Table: message, handle, chat; Size:
149614592 bytes)



From: +████ 96801 Aleka Car Uce
To: +████ 34420 (owner)
To: cn ████ 388@gmail.com ████ (owner)

We gonna really collect every game now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ████ 34420 | | 9/8/2021 1:35:26 AM(UTC -7) | |
| chuck82388@gmail.com ████ | | | |

Status: Read

9/8/2021 1:35:26 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E2263 (Table: message, handle, chat; Size:
149614592 bytes)

From: ████ 34420 (owner)
To: ████ 96801 Aleka Car Uce
To: cn ████ 388@gmail.com ████ (owner)

**For real I'll come by n collect rn**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 96801 Aleka C | 9/8/2021 1:35:44 AM(UTC-7) | | |
| chuck82388@gmail.com ████ | | | |

**Status**: Sent

9/8/2021 1:35:43 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3F8D (Table: message, chat, handle; Size: 149614592 bytes)



From: ████ 96801 Aleka Car Uce
To: + ████ 34420 (owner)
To: cnuck82388@gmail.com ████ (owner)

**To show these guys wrong person to talk to like that**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 34420 | | 9/8/2021 1:35:59 AM(UTC-7) | |
| chuck82388@gmail.com ████ | | | |

**Status**: Read

9/8/2021 1:35:56 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3D35 (Table: message, handle, chat; Size: 149614592 bytes)



From: + ████ 34420 (owner)
To: + ████ 96801 Aleka Car Uce
To: cn ████ 388@gmail.com ████ (owner)

**Shit for real uce**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 96801 Aleka C | 9/8/2021 1:36:11 AM(UTC-7) | | |
| chuck82388@gmail.com ████ | | | |

**Status**: Sent

9/8/2021 1:36:11 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3AF6 (Table: message, chat, handle; Size: 149614592 bytes)



From: ████ 34420 (owner)
To: ████ 96801 Aleka Car Uce
To: cn ████ 388@gmail.com ████ (owner)

**I'm go n take 20k**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 96801 Aleka C | 9/8/2021 1:36:20 AM(UTC-7) | | |
| chuck82388@gmail.com ████ | | | |

**Status:** Sent

9/8/2021 1:36:19 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E38CE (Table: message, chat, handle; Size: 149614592 bytes)



From: ████ 96801 Aleka Car Uce
To: + ████ 34420 (owner)
To: cnuck82388@gmail.com ████ (owner)

**Lol we take all them**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 34420 | | 9/8/2021 1:36:29 AM(UTC-7) | |
| chuck82388@gmail.com ████ | | | |

**Status:** Read

9/8/2021 1:36:29 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3698 (Table: message, handle, chat; Size: 149614592 bytes)



From: + ████ 34420 (owner)
To: + ████ 96801 Aleka Car Uce
To: cn ████ 388@gmail.com ████ (owner)

**Let me take half of do or even 5k**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + ████ 96801 Aleka C | 9/8/2021 1:36:32 AM(UTC-7) | | |
| chuck82388@gmail.com ████ | | | |

**Status:** Sent

9/8/2021 1:36:32 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3499 (Table: message, chat, handle; Size: 149614592 bytes)



From: +___34420 (owner)
To: +___96801 Aleka Car Uce
To: ch___388@gmail.com _____ (owner)

Yea uce if u said they did a game with out u knowing fucc that

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +___96801 Aleka Car Uce | 9/8/2021 1:36:50 AM(UTC-7) | | |
| chuck82388@gmail.com | | | |

Status: Sent

9/8/2021 1:36:49 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E3253 (Table: message, chat, handle; Size: 149614592 bytes)

---



From: +___96801 Aleka Car Uce
To: +___34420 (owner)
To: chuck82388@gmail.com _____ (owner)

We are gonna make sure we know all the games trust me. We been very Lenient sorry brother

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +___34420 | | 9/8/2021 1:38:01 AM(UTC-7) | |
| chuck82388@gmail.com | | | |

Status: Read

9/8/2021 1:37:56 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4F83 (Table: message, handle, chat; Size: 149614592 bytes)

---

From: +___96801 Aleka Car Uce
To: +15___420 (owner)
To: chuck82388@gmail.com _____ (owner)

Loo that was him saying sorry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +___34420 | | 9/8/2021 1:38:19 AM(UTC-7) | |
| chuck82388@gmail.com | | | |

Status: Read

9/8/2021 1:38:18 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4CF1 (Table: message, handle, chat; Size: 149614592 bytes)



From: █████ 34420 (owner)
To: + █████ 96801 Aleka Car Uce
To: cn █████ 388@gmail.com █████ (owner)

Got it uce let me know for real

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 96801 Aleka C | 9/8/2021 1:38:20 AM(UTC-7) | | |
| chuck82388@gmail.com █████ | | | |

Status: Sent

9/8/2021 1:38:20 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4AE2 (Table: message, chat, handle; Size: 149614592 bytes)



From: █████ 96801 Aleka Car Uce
To: + █████ 34420 (owner)
To: cnuck82388@gmail.com █████ (owner)

He just walked past me.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 34420 | | 9/8/2021 1:38:27 AM(UTC-7) | |
| chuck82388@gmail.com █████ | | | |

Status: Read

9/8/2021 1:38:26 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4894 (Table: message, handle, chat; Size: 149614592 bytes)



From: + █████ 34420 (owner)
To: + █████ 96801 Aleka Car Uce
To: cn █████ 388@gmail.com █████ (owner)

WTH naw

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + █████ 96801 Aleka C | 9/8/2021 1:38:35 AM(UTC-7) | | |
| chuck82388@gmail.com █████ | | | |

Status: Sent

9/8/2021 1:38:35 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E468F (Table: message, chat, handle; Size: 149614592 bytes)



From: +          96801 Aleka Car Uce
To: +          34420 (owner)
To: cn        388@gmail.com          (owner)

### Funny clown

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +    34420 | | 9/8/2021 1:38:42 AM(UTC-7) | |
| chuck82388@gmail.com | | | |

**Status:** Read

9/8/2021 1:38:42 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4471 (Table: message, handle, chat; Size: 149614592 bytes)



From: +          34420 (owner)
To: +          96801 Aleka Car
To: chuck82388@gmail.com          (owner)

### Don't let me come n get our money

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +    96801 Aleka Car Uce | 9/8/2021 1:39:23 AM(UTC-7) | | |
| chuck82388@gmail.com | | | |

**Status:** Sent

9/8/2021 1:39:23 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E4284 (Table: message, chat, handle; Size: 149614592 bytes)



From: +          96801 Aleka Car Uce
To: +          34420 (owner)
To: cn        388@gmail.com          (owner)

### He said sorry lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +    34420 | | 9/8/2021 1:39:38 AM(UTC-7) | |
| chuck82388@gmail.com | | | |

**Status:** Read

9/8/2021 1:39:35 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E5F83 (Table: message, handle, chat; Size: 149614592 bytes)



From: + ███ 96801 Aleka Car Uce
To: + ███ 34420 (owner)
To: ch█ ███388@gmail.com ███ (owner)

Trust me I'm gonna put you in all these bitches and we collect

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| + ███ 34420 | | 9/8/2021 1:43:47 AM(UTC-7) | |
| chuck82388@gmail.com ███ | | | |

Status: Read

9/8/2021 1:39:57 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E5D80 (Table: message, handle, chat; Size: 149614592 bytes)



From ███ 27534420 (owner)
To: + ███ 96801 Aleka Car Uce
To: chuck82388@gmail.com ███ (owner)

Uce let start soon for real

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| + ███ 96801 Aleka Car Uce | 9/8/2021 1:44:02 AM(UTC-7) | | |
| ███ @gmail.com | | | |

Status: Sent

9/8/2021 1:44:02 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E5B28 (Table: message, chat, handle; Size: 149614592 bytes)



From: + ███ 96801 Aleka Car Uce
To: +15 ███ 420 (owner)
To: chuck82388@gmail.com ███ (owner)

I got you lil uce

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| + ███ 34420 | | 9/8/2021 1:50:32 AM(UTC-7) | |
| chuck82388@gmail.com ███ | | | |

Status: Read

9/8/2021 1:44:35 AM(UTC-7)

Source Extraction:
Advanced Logical
Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x30E58E2 (Table: message, handle, chat; Size: 149614592 bytes)