BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
Assistant United States Attorney
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3045
     Facsimile: (213) 894-6269
     E-mail:    samuel.diaz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-595-MCS |
|---|---|
| Plaintiff, | JOINT DISCOVERY REPORT |
| v. | **Pretrial Conference Dates:** September 15, 2025[1] |
| YEVGENI GERSHMAN, et al., | September 22, 2025[2] |
| Defendants. | **Current Trial Dates:** September 23, 2025[3] |
| | September 30, 2025[4] |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Samuel J. Diaz, and defendants Yevgeni GERSHMAN, by and through his counsel of

---

[1] For defendants GERSHMAN, TOUREVSKI, AUSTRIA, COHEN, ARENAS, KRACHUN, and COJOCARI.

[2] For defendant KATS.

[3] For defendants GERSHMAN, TOUREVSKI, AUSTRIA, COHEN, ARENAS, KRACHUN, and COJOCARI.

[4] For defendant KATS.

record, defense attorney David Kenner, defendant Evgeni TOUREVSKI, by and through his counsel of record, defense attorney Brett A. Greenfeld, defendant Yarin COHEN, by and through his counsel of record, defense attorneys Reuven L. Cohen, Brittany L. Lane, and Daniel Natal, defendant Arthur KATS, by and through his counsel of record, defense attorney Peter Johnson, defendant Gilbert ARENAS, by and through his counsel of record, defense attorneys Janine F. Cohen and Jerome H. Friedberg, defendant Ievgen KRACHUN, by and through his counsel of record, defense attorney John Targowski, and defendant Valentina COJOCARI, by and through her counsel of record, defense attorney David R. Reed (collectively "the parties"), hereby file this Joint Discovery Report per the Court's Standing Order for Criminal Cases:[5]

1. <u>Discovery</u>:  The government has made an initial production of discovery materials including reports, photographs, recorded audio interviews, and video files.  The parties have met and conferred regarding protective orders for confidential witness materials and materials containing personal identifying information.  As of the date of this filing, the government has filed stipulations for protective orders as to all defendants except for defendant Cohen.  The government will be producing a large amount of protective order materials, including cell phone data, additional reports, and multimedia soon.  The government is aware of its discovery obligations and will produce remaining discovery materials as required.

---

[5] As of the time of this filing, defendant AUSTRIA has not provided his position as to this filing.

2. <u>Disputes as to Discovery:</u>  At this time, there are no discovery disputes.  The parties reserve the right to request additional discovery under the Federal Rules of Criminal Procedure and relevant statutory and case law.

3. <u>Anticipated Motions to be Filed by Each Party:</u>  At this time, the parties have not specifically identified any anticipated pretrial motions.

4. <u>Trial Date:</u>  Trial is currently scheduled for September 23, 2025 as to defendants GERSHMAN, TOUREVSKI, AUSTRIA, COHEN, ARENAS, KRACHUN, and COJOCARI, and September 30, 2025 as to defendant KATS.  The parties, except defendant KATS as of this date of this filing, anticipate requesting a continuance of the current trial date.

5. <u>Anticipated Length of Trial:</u>  The parties anticipate that, should this case proceed to trial, the trial will last approximately 7 to 10 days.

Dated: September 8, 2025              Respectfully submitted,

                                      BILAL A. ESSAYLI
                                      Acting United States Attorney

                                      JOSEPH T. MCNALLY
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                           /s/
                                      SAMUEL J. DIAZ
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

```
DATED:                         w/authorization
                               _____
                               DAVID E. KENNER
                               Attorney for Defendant
                               YEVGENI GERSHMAN


DATED:                         w/authorization
                               _____
                               BRETT A. GREENFIELD
                               Attorney for Defendant
                               EUGENE TOUREVSKI


DATED:                         w/authorization
                               _____
                               REUVEN L. COHEN
                               BRITTANY L. LANE
                               DANIEL NATAL
                               Attorneys for Defendant
                               YARIN COHEN


DATED:                         w/authorization
                               _____
                               PETER JOHNSON
                               Attorney for Defendant
                               ARTHUR KATS


DATED:                         w/authorization
                               _____
                               JANINE F. COHEN
                               JEROME H. FRIEDBERG
                               Attorneys for Defendant
                               GILBERT ARENAS


DATED:                         w/authorization
                               _____
                               JOHN TARGOWSKI
                               Attorney for Defendant
                               IEVGEN KRACHUN


DATED:                         w/authorization
                               _____
                               DAVID A. REED
                               Attorney for Defendant
                               VALENTINA COJOCARI
```

4