**DAVID E. KENNER**
Cal. Bar No. 41425
Kenner Law Firm, LLP
16633 VENTURA BLVD., #735
ENCINO, CALIFORNIA 91436
PHONE: (818) 995-1195
EMAIL: DAVID@KENNERLAW.COM

ATTORNEY FOR DEFENDANT
YEVGENI GERSHMAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00595-MCS |
|---|---|
| PLAINTIFF, | NOTICE OF SANCTION |
| vs. | DATE: 12/31/2025 |
| YEVGENI GERSHMAN, | PLACE: Dept 7C |
| DEFENDANT. | |

PLEASE TAKE NOTICE that pursuant to California Rule of Court 9.10 this will serve as notice of the ninety (90) day suspension of attorney David E. Kenner effective January 1, 2026.

- 1 -
NOTICE OF SANCTION

1 | Respectfully submitted this 31st day of December , 2025

KENNER LAW FIRM, LLP

*David Kenner*
_____
David E. Kenner
Attorney for Defendant
YEVGENI GERSHMAN

1
2
3
4      PROOF OF SERVICE
5      STATE OF CALIFORNIA
       COUNTY OF LOS ANGELES
6   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is:
7
8      KENNER LAW FIRM, APC
       16633 Ventura Boulevard, Suite 735
9      Encino, CA 91436
       Ph: (818) 995-1195
10     Fx: (818) 475-5369
11
    On November 25, 2025, I served the foregoing document described Notice of Sanctions, on the interested parties by, Email:
12
13     Samuel Diaz
14     samuel.diaz@usdoj.gov
15
16  [ ]     BY U.S. MAIL; I placed such envelope(s) addressed as shown below, with postage fully prepaid, in a United States Postal service mailbox in Encino, California, for collection and mailing.
17
18  [X]     VIA FACSIMILE: I caused such document to be served via facsimile to the addressee(s) and number(s) shown below.
19
20  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
21
22     EXECUTED under penalty of perjury this 31st day of Decmber 2025, at Encino, California.
23
24                            *SM*
                              _____
25                            Steve McClain
26
27
28
                              - 3 -
                          NOTICE OF SANCTION